UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

LUC BURBON,

                            Plaintiff,                        *Civil Action No.*

      -against-                                          **1:20-cv-5939-RPK-RER**

CATERPILLAR INC.,

                            Defendants.

---------------------------------------------------------X

## **NOTICE OF SETTLEMENT**

      PLEASE TAKE NOTICE that Plaintiff, LUC BURBON and Defendant CATERPILLAR INC. hereby notify this Honorable Court that settlement has been reached in the above-referenced case among all parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.

      Dated: February 12, 2021

                                                          By:_____
                                                             Bradly G. Marks
                                                              The Marks Law Firm, PC
                                                               175 Varick Street, 3rd Fl
                                                               New York, NY 10014
                                                                T:(646) 770-3775