UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

LUC BURBON,

                            Plaintiff,

      -against-

CATERPILLAR INC.,

                            Defendants.

-------------------------------------------------------X

Case No. 1:20-cv-05939-RPK-RER

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Luc Burbon and Defendant Caterpillar Inc., by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: April 26, 2021

By: _____
Bradly G. Marks
The Marks Law Firm, PC
54 W 40th St, Suite 1131
New York, NY 10018
T:(646) 770-3775
brad@markslawpc.com

By: _____
Meredith-Anne M. Berger, Esq.
Seyfarth Shaw LLP
620 Eighth Ave., 32nd Flr.
New York, NY 10018
T:(212) 218-3336
mberger@seyfarth.com